# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN BURFORD LYNN,**

   *Petitioner*,

v.                         **Case No.: 4:24cv253-MW/MAL**

**UNITED STATES OF AMERICA,**

   *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall **TRANSFER** this case to the United States District Court for the Eastern District of North Carolina and close the file.

**SO ORDERED on July 16, 2024.**

                                            *s/Mark E. Walker*
                                            **Chief United States District Judge**